UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHANIEL GARRETT DENNISON,<br><br>Plaintiff,<br><br>- against -<br><br>THE WASHINGTON TIMES LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-05169-JMF<br><br>**NOTICE OF MOTION<br>TO DISMISS** |

**PLEASE TAKE NOTICE** that, for the reasons set forth in the accompanying Memorandum of Law, Declaration of Lucas B. Michelen, and exhibit thereto, and all prior pleadings and proceedings in the above-captioned case, Defendant, The Washington Times LLC, by its undersigned counsel, respectfully moves this Court to dismiss Plaintiff Nathaniel Garrett Dennison's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3).

Dated: New York, New York
       June 25, 2019

DRINKER BIDDLE & REATH LLP

By: */s/ Lucas B. Michelen*
    Lucas B. Michelen
    1177 Avenue of the Americas,
    41st Floor
    New York, NY  10036
    (212) 248-3140
    lucas.michelen@dbr.com

*Attorney for Defendant
The Washington Times LLC*